NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1403

LINCOLN NATIONAL LIFE INSURANCE COMPANY,

Plaintiff-Appellee,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,
WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,
and TRANSAMERICA FINANCIAL LIFE INSURANCE COMPANY,

Defendants-Appellants.

Appeal from the United States District Court for the Northern District of Iowa
in 06-CV-110, Judge Mark W. Bennett.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

Transamerica Life Insurance Company et al. (Transamerica) move "for a temporary stay until this Court rules on Transamerica's forthcoming motion for a stay pending appeal."

Transamerica requests that it be permitted to file a motion for stay of the district court's injunction on June 19, 2009 in this court, and that the injunction be stayed beyond that date and until this court rules on that motion, which has not yet been filed.

Transamerica has not shown that it should be permitted to obtain a temporary stay of the injunction pending the filing of a motion for a stay pending appeal. Accordingly,

IT IS ORDERED THAT:

The motion for a temporary stay is denied without prejudice to Transamerica requesting such relief when it files its motion for a stay pending appeal.

FOR THE COURT

**JUN 1 7 2009**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 7 2009

JAN HORBALY
CLERK

cc: Dale Randall Brown, Esq.
John Kenneth Felter, Esq.

s8